■ SHAHZAD FAISAL, Appellant, v RONALD MAYRONNE, Respondent, et al., Defendant. [801 NYS2d 920]—In an action to recover damages for personal injuries, the plaintiff appeals from a judgment of the Supreme Court, Kings County (Schneier, J.), entered December 22, 2003, which, upon a jury verdict in favor of the defendant Ronald Mayronne and against him, dismissed the complaint insofar as asserted against that defendant.

Ordered that the judgment is affirmed, with costs.

A jury verdict should not be set aside as against the weight of the evidence unless the jury could not have reached its verdict on any fair interpretation of the evidence (*see Nicastro v Park,* 113 AD2d 129 [1985]). Determinations of the credibility of the witnesses are for the finder of fact, which had the opportunity to see and hear the witnesses (*see Sideris v Town of Huntington,* 240 AD2d 652 [1997]). The verdict in the favor of the defendant, Ronald Mayronne, is supported by a fair interpretation of the evidence. Adams, J.P., Luciano, Mastro and Skelos, JJ., concur.